UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GWENDA ARZATE, | No. 1:14-CV-3007-LRS |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT,** *INTER ALIA* |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

**BEFORE THE COURT** is the Report and Recommendation (ECF No. 29) filed by United States Magistrate Judge Victor E. Bianchini recommending affirmance of the Commissioner's decision denying Supplemental Security Income (SSI) benefits to the Plaintiff.

Under the Federal Magistrates Act, the court may "accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

Plaintiff has filed objections (ECF No. 30), to which the Commissioner has filed a response (ECF No. 31). In conjunction with its review of the foregoing, the court has also reviewed the summary judgment motions filed by the parties (ECF Nos. 19 and 22), and the Plaintiff's Reply Memorandum (ECF No. 26), which the

**ORDER GRANTING DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT- 1**

Magistrate Judge considered in preparing his Report and Recommendation.

This court finds no error in the manner in which the Magistrate Judge analyzed the assessments of Dr. Bellum and concluded that: 1) notwithstanding Dr. Bellum's March 2010 assessment, substantial evidence, including his March 2011 assessment,  supported the ALJ's determination that Plaintiff's wrist tendinitis did not cause more than minimal limitation in Plaintiff's ability to perform basic work activities and therefore, was a non-severe impairment; and 2) notwithstanding his March 2011 assessment, substantial evidence, including his March 2010 assessment, supported and did not undermine the ALJ's determination regarding Plaintiff's physical residual functional capacity.  The Magistrate Judge correctly found that both of Dr. Bellum's assessments were relevant and inconsistent with each other, although not ambiguous.  The court finds no error with regard to any other aspect of the Magistrate Judge's report and recommendation.

Accordingly, the court **ADOPTS** the Magistrate Judge's Report and Recommendation and:

1) Plaintiff's Motion For Summary Judgment (ECF No. 19) is **DENIED**.

2) Defendant's Motion For Summary Judgment (ECF No. 22) is **GRANTED**.

3) The Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**  The District Executive shall enter judgment accordingly and forward copies of the judgment and this order to counsel of record and to Magistrate Judge Bianchini.

**DATED** this ___14th___ day of October, 2015.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT- 2**