UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

GWENDA ARZATE,

Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

Defendant.

No.   1:14-CV-3007-LRS

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard

and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED: October 14, 2015

SEAN F. McAVOY
Clerk of Court

By:  *s/Virginia Reisenauer*
    Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**